**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHIU HUNG WONG, | No. 07-74173 |
| Petitioner, | Agency No. A035-341-477 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010**

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Chiu Hung Wong, a native and citizen of Hong Kong, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's order of removal.  We have jurisdiction under 8

_____

  *     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

  **     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252. The government's renewed motion to remand this petition for review to the BIA is granted over Wong's opposition.

We therefore do not reach the merits of Wong's petition for review.

**PETITION FOR REVIEW REMANDED.**